JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Discos Y Cassettes Master-Stereo, et al., | ) ) ) | Case No. **CV 09-4963-JFW (SSx)** |
| Plaintiff, | ) ) | **ORDER DISMISSING CIVIL ACTION** |
| v. | ) ) | |
| La Sierra Records, et al., | ) ) ) | |
| Defendants. | | |

THE COURT has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed with prejudice.

Dated: February 25, 2010

_____
JOHN F. WALTER
United States District Judge

(Rev. 2/15/08)